IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LINDA POLEN | CIVIL ACTION |
|---|---|
| v. | NO. 18-4025 |
| POTTSTOWN HOSPITAL – TOWER HEALTH | |

**ORDER**

**AND NOW**, this 16th day of December, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF 13), Plaintiff's response (ECF 16) and Defendant's reply (ECF 17), the supplemental briefing submitted by the parties (ECF 20, 21), and oral argument, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson

MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 18\18-4025 Polen v Pottstown Hospital\18cv4025 - Order 12162019.docx